**FILED**
January 24, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                     )   Case No. 2:17-mj-00014-EFB
            Plaintiff,               )
                                     )
v.                                   )
                                     )   ORDER FOR RELEASE OF
MARCUS WILSON,                       )   PERSON IN CUSTODY
                                     )
            Defendant.               )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, MARCUS WILSON, Case No. 2:17-mj-00014-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $50,000.00.

    _X_   Co-signed Unsecured Appearance Bond

    ___   Secured Appearance Bond

    _X_   (Other) <u>Conditions as stated on the record.</u>

    _X_   (Other) <u>The Defendant was ordered to appear at the Northern District of California in Oakland before the assigned duty Magistrate Judge on 1/31/2017 at 9:30 a.m.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>1/24/2017</u> at <u>2:15 p.m.</u>

By _____
Edmund F. Brennan
United States Magistrate Judge